UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-00689-PA-SHK | Date: | August 11, 2021 |
| Title: | *Alexis Renae Torres v. Comm'r of Soc. Sec.* | | |

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**   Order To Show Cause

    On April 19, 2021, Plaintiff Alexis Renae Torres ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant"). Electronic Case Filing Number ("ECF No.") 1, Compl. Thereafter, the Court issued its Case Management Order ("CMO") and, in pertinent part, ordered Defendant to serve a copy of the certified administrative record ("CAR") on Plaintiff within ninety days from service of the Complaint. <u>See</u> ECF No. 6, CMO at 1.

    Plaintiff filed a Proof of Service ("POS") on May 4, 2021, indicating that Plaintiff "mailed copies [of the Summons and Complaint] via certified or registered mail" to Defendant on that date. ECF No. 8, POS at 2-3. Thus, pursuant to the CMO, service of the CAR was due ninety days later on August 2, 2021. Defendant filed a notice of consent to proceed before a United States Magistrate Judge in this case on May 12, 2021. However, Defendant has not filed a notice of service of the CAR on Plaintiff as ordered in the CMO.

    Consequently, Defendant is **ORDERED TO SHOW CAUSE by August 17, 2021** why default should not be entered against Defendant for failure to serve the CAR on Plaintiff as ordered in the CMO. Defendant can satisfy this order by filing the CAR on Plaintiff by the deadline stated above.

    **IT IS SO ORDERED.**