UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | **5:21-cv-00689-PA-SHK** | | Date: | January 17, 2022 |
| Title: | *Alexis Renae Torres v. Comm'r of Soc. Sec. Admin.* | | | |

Present: The Honorable    Shashi Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):    Order to Show Cause**

On April 19, 2021, Plaintiff Alexis Renae Torres ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant").  Electronic Case Filing Number ("ECF No.") 1, Compl.  Thereafter, the Court issued its Case Management Order ("CMO") and, in pertinent part, ordered Plaintiff to serve a memorandum in support of the Complaint ("Memorandum" or Mem."), not to exceed twenty-five pages, on Defendant within thirty-five days of Defendant filing an Answer to Plaintiff's Complaint.  See ECF No. 6, CMO at 2.

Defendant filed its Answer on September 29, 2021.  See ECF No. 12.  Thus, pursuant to the CMO, Plaintiff's Memorandum was due thirty-five days later, on November 3, 2021.  Plaintiff, however, has failed to timely file Plaintiff's Memorandum with the Court as ordered in the CMO.

Consequently, Plaintiff is **ORDERED TO SHOW CAUSE by January 26, 2022** why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff is warned that because Plaintiff's Memorandum is now over two months late, and it appears that Plaintiff may have abandoned this litigation, **the Magistrate Judge will recommend that this case be dismissed** if Plaintiff does not file Plaintiff's Memorandum by **January 26, 2022**.  Plaintiff is further warned that because Plaintiff has had more than three months to prepare and file Plaintiff's Memorandum with the Court, extensions of time to file the Memorandum will be granted sparingly, only for very good cause shown, and if requested before the above-mentioned deadline expires.

**IT IS SO ORDERED.**