JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS RANAE TORRES,<br><br>        Plaintiff,<br><br>        v.<br><br>COMM'R OF SOC. SEC.,<br><br>        Defendant. | Case No. 5:21-cv-00689-PA-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  February 3, 2022

                              PERCY ANDERSON
                              United States District Judge